149 A.3d 291

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. KELVIN ROSA, DEFENDANT-PETITIONER.

FILED August 5, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-001199-15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

149 A.3d 290

LAWRENCE J. DALTON AND CHRISTINE M. DALTON, PLAIN-TIFFS-APPELLANTS, v. SHANNA LYNN CORPORATION, ET AL., DEFENDANTS-RESPONDENTS.

August 4, 2016

## ORDER

This matter having been duly considered and the Court having deter mined that certification was improvidently granted;

IT is ORDERED that the appeal is dismissed.